FORM 26. Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1898

**Short Case Caption:** Euro-Notions Florida, Inc. v. United States

**Filing Party** Appellants

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the Court of International Trade erred in issuing a universal injunction requiring the government to refund tariffs.

Relief awarded below (if damages, specify):    ☐ None/Not Applicable

A universal injunction compelling the government to refund tariffs.

Briefly describe the judgment/order appealed from:

Universal injunction requiring the government to refund tariffs.

| Nature of Judgment (select one:) | Date of Judgment: April 7, 2026 |
| --- | --- |

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☑ Interlocutory Order (specify type) preliminary injunction
☐ Other (explain) _____

Date: 06/12/2026

Signature: SOPHIA SHAMS
Digitally signed by SOPHIA SHAMS
Date: 2026.06.12 13:17:11 -04'00'

Name: Sophia Shams